IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL WARDLOW,                )
                                )
            Plaintiff,           )
                                )
      v.                         )        1:12CV207
                                )
MAJOR JAMES, et al.,             )
                                )
            Defendant(s).        )

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 21, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's Amended Complaint (Doc. 6) is filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, after he has exhausted his administrative remedies as to his claims. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 19th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE